| PROB 22 (Rev. 2/88) | | CASE NUMBERS (Tran. Court) 98CR00616-02 & 99CR00108-01 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | CASE NUMBER (Rec. Court) CR07-61 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Judeau Brown<br><br>Newark, Delaware 19702<br><br>**REDACTED** | Eastern District of Pennsylvania | |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Chief Judge Harvey Bartle, III | |
| | DATES OF SUPERVISED RELEASE: | FROM 11-3-2006 · TO 11-2-2011 |

OFFENSE
98CR00616-02
Conspiracy to possess with intent to distribute marijuana (Count One); possession with intent to distribute marijuana (Count Two); and carrying firearm during a drug trafficking crime (Count Three).

90CR00108-01
Conspiracy to commit armed bank robbery (Count One); armed bank robbery (Count Two); and use of a firearm in relation to a crime of violence (Count Three).

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Delaware upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_March 28, 2007_
Date

_Harvey Bartle_
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_May 7, 2007_
Effective Date

_Joseph J. Farnan_
United States District Judge